UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NEIL J. BARRETT,

                Plaintiff,

            - against -

D.J. KNIGHT & COMPANY, LTD. D/B/A DJK,
D/B/A DJ KNIGHT RELOCATION and
SIRVA RELOCATION LLC,

                Defendants.
------------------------------------------------------------x

JUDGE KAPLAN

07 Civ. CIV 7945

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant SIRVA RELOCATION LLC certifies that SIRVA, INC., a parent company of SIRVA RELOCATION LLC, is publicly held. SIRVA RELOCATION LLC does not have any publicly held affiliates or subsidiaries.

Dated: New York, New York
         September 10, 2007

                            DOMBROFF GILMORE JAQUES & FRENCH

                            By: _____
                                Karen M. Berberich (KB 6300)
                            40 Broad Street, Suite 701
                            New York, New York 10004
                            Telephone: (212) 742-8450
                            Facsimile: (212)742-0161
                            Attorneys for Defendant SIRVA RELOCATION
                            LLC d/b/a DJK and d/b/a DJ KNIGHT
                            RESIDENTIAL

TO: Rosario DeVito, Esq.
    Law Offices of Paul J. Giacomo, Jr.
    405 Lexington Avenue, 37th Floor
    New York, New York 10174
    Telephone: (212) 486-0200
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned attorney at law of the State of New York certifies that on September 10, 2007, a true and correct copy of the foregoing Rule 7.1 Statement was served via Overnight Mail on the following named attorney(s):

Rosario DeVito, Esq.
Law Offices of Paul J. Giacomo, Jr.
405 Lexington Avenue, 37th Floor
New York, New York 10174

By: _____
Karen M. Berberich (KB 6300)