UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NEIL J. BARRETT,

                                 Plaintiff,

   -against-

D.J. KNIGHT & COMPANY, LTD., D/B/A/ DJK,
D/B/A DJ KNIGHT RELOCATION and
SIRVA RELOCATION LLC,

                                 Defendant.

------------------------------------------------------------x

07 Civ. 07945 (LAK)

**DEMAND FOR JURY TRIAL**

       PLEASE TAKE NOTICE that pursuant to Fed R. Civ. P. 38(b), Plaintiff, by and through his attorneys, the Law Offices of Paul J. Giacomo, Jr., hereby demands a trial by jury in this action for all issues properly determined by a jury.

Dated: December 5, 2007
       New York, New York

                                 LAW OFFICES OF PAUL J. GIACOMO, JR.

                                 By: Rosario DeVito (RD-4770)
                                 The Chrysler Building
                                 405 Lexington Avenue
                                 37th Floor
                                 New York, New York 10174-0002
                                 (212) 486-0200

                                 Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Plaintiff's Demand for Jury Trial was served via first class mail, postage prepaid, this 5th day of December, 2007 upon the following:

Karen M. Berberich
Bobroff Gillmore Jacques & French
40 Broad Street, Suite 701
New York, New York 10004

On the same 5th day of December, 2007, I electronically filed the foregoing Plaintiff's Demand for Jury Trial with the Clerk of the District Court using the CM/ECF system, which sent additional notification of such filing to counsel for the Defendant.

Rosario DeVito, Esq. (RD4770)