UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NEIL J. BARRETT,

                              Plaintiff,

-against-

D.J. KNIGHT & COMPANY, LTD., D/B/A/ DJK,
D/B/A DJ KNIGHT RELOCATION and
SIRVA RELOCATION LLC,

                              Defendant.

------------------------------------------------------------x

07 Civ. 07945 (LAK)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the Law Offices of Paul J. Giacomo, Jr. has been retained as attorneys for the Plaintiff NEIL J. BARRETT and hereby appears on his behalf in the above-captioned action, and demands that all further papers in the above entitled action be served upon the attorneys at their offices located at 405 Lexington Avenue, 37th Floor, New York, New York 10174.

Dated: New York, New York
        December 7, 2007

                                        Yours, etc.

                                        LAW OFFICES OF PAUL J. GIACOMO, JR.

                                        By: Paul J. Giacomo, Jr. (PG8774)
                                        405 Lexington Avenue, 37th Floor
                                        New York, New York 10174
                                        Telephone: (212) 486-0200
                                        Facsimile: (212) 867-5570
                                        Attorneys for Plaintiff NEIL J. BARRETT

To:   Karen M. Berberich
      Dobroff Gilmore Jacques & French
      40 Broad Street, Suite 701
      New York, New York 10004
      Telephone: (212) 742-8450
      Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Plaintiff's Notice of Appearance was served via first class mail, postage prepaid, this 7th day of December, 2007 upon the following:

Karen M. Berberich
Bobroff Gillmore Jacques & French
40 Broad Street, Suite 701
New York, New York 10004

On the same 7th day of December, 2007, I electronically filed the foregoing Plaintiff's Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent additional notification of such filing to counsel for the Defendant.

Paul J. Giacomo, Jr. (PG8774)