UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NEIL J. BARRETT,

                         Plaintiff,

        - against -

D.J. KNIGHT & COMPANY, LTD. D/B/A DJK,
D/B/A DJK RESIDENTIAL D/B/A DJ KNIGHT
RELOCATION and SIRVA RELOCATION LLC,

                         Defendants.
------------------------------------------------------------x
SIRVA RELOCATION LLC,

                         Third-Party Plaintiff,

        - against -

CARMINE RUSSO,

                         Third-Party Defendant.
------------------------------------------------------------x

07 CV 7945

## NOTICE OF BANKRUPTCY

The Defendant/Third-party Plaintiff SIRVA RELOCATION LLC by their undersigned

counsel, hereby notify the Court that on February 5, 2008, SIRVA RELOCATION LLC filed a

Voluntary Petition (Chapter 11) for Bankruptcy in the United States Bankruptcy Court, Southern

District of New York, Case No. 08-10375 (JMP), and suggests that this matter be stayed

pursuant to 11 USC §362 and otherwise.

Dated: New York, New York
        February 19, 2008

DOMBROFF GILMORE JAQUES & FRENCH

By: _____

Karen M. Berberich (KB 6300)
40 Broad Street, Suite 701
New York, New York 10004
Tel. (212) 742-8450
Fax (212) 742-0161
Attorneys for Defendant/Third-party Plaintiff SIRVA
Relocation LLC


To:    Rosario DeVito, Esq.
       The Law Offices of Paul J. Giacomo, Jr.
       405 Lexington Avenue, 37th Floor
       New York, New York 10174

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2008, a copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system which sent electronic notification of such filing to counsel of record that are Filing Users and/or E-Filers. In addition, a copy of the foregoing document was served upon:

Rosario DeVito, Esq.
The Law Offices of Paul J. Giacomo, Jr.
405 Lexington Avenue, 37th Floor
New York, New York 10174

by depositing same in the U.S. Mail on the 19th day of February, 2008.

KAREN M. BERBERICH